UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FRANK BRETT,

    Plaintiff,

v.                                                                                          Case No. 5:24-cv-281-TJC-PRL

DON TRUMP, WILLIAM BAHR,
DAVID SAMSON, BILL BARONI,
ANN KELLY BRIDGET, DAVID
FOX, JEFF EPSTEIN, MARK
EPSTEIN, FNI CHOP, JUDITH
MCCOLLOUGH, FNU ROADS,
FNU KNIGHT, FNU WATERS,
FNU EARLY, PETER MOORE, NC
Clerk, ROBERT ROCKFELL,
Salvation Army, FNU MOURRONY,
TOM PETTY, Citra Mission and
Employees, FNU HALL, Rev -
Orlando Fl Rescue Mission, JOHN
MORGAN, Attorney, UNIVERSITY
OF FLORIDA, Jacksonville
Employees, J.P. MORGAN,
CHRISTINE SABLE, and JANE
DOE, Sister of Christine Sabel,

    Defendants.

## **O R D E R**

    This case is before the Court on the Report and Recommendation by the assigned United States Magistrate Judge recommending denying the Motion to Proceed In Forma Pauperis, dismissing the case without leave to amend,

terminating the Motion to Add Evidence, and prohibiting Plaintiff Frank Brett from filing additional cases in the Ocala Division of the Court before prescreening by the Magistrate Judge. Doc. 4. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 4, it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 4, is **ADOPTED** as the opinion of the Court.

2. The Motion to Proceed In Forma Pauperis, Doc. 2, is **DENIED**.

3. The case is **DISMISSED with prejudice**.

4. Frank Brett is **PROHIBITED** from filing additional cases in the Ocala Division of the Court before prescreening by the Magistrate Judge. If Brett attempts to file a complaint in the Ocala Division, the complaint is subject to the following prescreening procedures:

> a. The clerk must forward the complaint to the Magistrate Judge in the Ocala Division for preliminary review and screening. The Magistrate Judge will determine whether the complaint has arguable merit.

b. If the Magistrate Judge finds the complaint has arguable merit, the Magistrate Judge will issue an order to that effect and direct the clerk to file the complaint for normal assignment. The Magistrate Judge's order will be docketed along with the complaint in the new civil case.

c. If the Magistrate Judge finds the complaint has no arguable merit, the Magistrate Judge will issue an order stating such findings and enter the order in this file. The clerk will enter a copy of the complaint in this file and, if feasible, return the original complaint to Brett.

d. If the complaint is found to be meritless, Brett may be subject to monetary sanctions, other sanctions, or both, as the Court deems appropriate.

5. The clerk is **DIRECTED** to terminate the Motion to Add Evidence, Doc. 3, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 25th day of July, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Philip R. Lammens
United States Magistrate Judge

Frank Brett
822 Johnston St.
Philadelphia, PA 19107